**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER FURTADO,<br><br>   Plaintiff,<br><br> v.<br><br>REPUBLIC PARKING SYSTEM, LLC and SCOTT TITMUS,<br><br>   Defendants. | Civil Action No. 1:19-CV-11481 |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

  The parties write to advise the Court that they have entered into a settlement in principal and are finalizing the terms of the settlement agreement. In light of this settlement, the parties respectfully request that the Court stay discovery deadlines in the case pending the potential resolution of the case, cancel the upcoming status conference scheduled for Monday, November 16, 2020, and enter any such order that the Court deems just and proper.

Dated: November 10, 2020

Respectfully submitted,

| SHIFERAW AWLACHEW, | REPUBLIC PARKING SYSTEM, LLC, SCOTT TITMUS, |
|---|---|
| By His Attorneys, | By Its Attorneys, |
| /s/ David J. Relethford<br>David J. Relethford, Esq. (BBO #691223)<br>drelethford@forrestlamothe.com<br>Michael C. Forrest<br>mforrest@forrestlamothe.com<br>(BBO#841401)<br>FORREST, LAMOTHE, MAZOW, MCCULLOUGH, YASI & YASI, P.C.<br>2 Salem Green, Suite 2<br>Salem, MA 01970<br>Telephone:   (617) 231-7829 | /s/ Robert A. Fisher<br>Robert A. Fisher (BBO # 643797)<br>rfisher@seyfarth.com<br>Christina Duszlak (BBO # 698999)<br>cduszlak@seyfarth.com<br>Hillary J. Massey (BBO #669600)<br>hmassey@seyfarth.com<br>  SEYFARTH SHAW LLP<br>Seaport East<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210-2028<br>Telephone:    (617) 946-4800<br>Facsimile:    (617) 946-4801 |

## CERTIFICATE OF SERVICE

I, Robert A. Fisher, hereby certify that on November 10, 2020, this document was filed through the Court's ECF system and that Defendant's counsel includes registered users designated to receive Notices of Electronic Filings in this matter.

*/s/ Robert A. Fisher*
Robert A. Fisher